# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

JABREN DUGGAN,

    Plaintiff,

v.

DURA-LINE, LLC,

    Defendant.

Case No. 5:22-CV-00313-TES

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS AND DISMISSAL WITH PREJUDICE

Upon application of Plaintiff Jabren Duggan ("Duggan" or "Plaintiff") and Defendant Dura-Line, LLC ("Dura-Line" or "Defendant"), (collectively, "Parties") and the Court's review of the Parties' settlement of the FLSA Claims as pled in Counts I and II of the Complaint, the Court concludes that the terms of the Parties' settlement of the FLSA Claims are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' settlement of the FLSA Claims, as described in the Settlement Agreement attached as Exhibit A to the Joint Motion, is approved.

The Court further Orders this case administratively closed for 30 days from the date of this Order, to allow the Parties to complete the settlement, including agreed upon payments, and during which time either Party may, if the other Party breaches, reopen the case to enforce the Settlement Agreement or to proceed with the litigation of the case. Should neither Party reopen the case within thirty (30)

87015085v.1

days, then all claims brought or that could have been brought in the case shall be automatically dismissed with prejudice.

**IT IS SO ORDERED**

This the __3__ day of __Nov__ 2022.

_____
Tilman E. (Tripp) Self
UNITED STATES DISTRICT JUDGE